UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| Tim Henkels, | ) <br> ) <br> ) |
| Plaintiff, | ) CASE NO. <br> ) <br> ) |
| -vs- | ) <br> ) <br> ) |
| CLARIOS, LLC. | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF REMOVAL**

Defendant Clarios, LLC ("Clarios"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, hereby files its Notice of Removal of this case from the Allen Superior Court 2, Allen County, Indiana, to this Court. The grounds for removal are as follows:

1. Tim Henkels ("Plaintiff") commenced a civil action by filing a Complaint on or about July 27, 2022, in the Allen Superior Court 2, Allen County, Indiana, Case Number 02D02-2207-CT-000355, captioned *Tim Henkels v. Clarios, LLC* ("State Court Action"). True and correct copies of all process and pleadings served upon or by Clarios are attached hereto as **Exhibit A**, and incorporated herein by reference.

2. Plaintiff seeks to recover a money judgment for alleged damages suffered as a result of the February 17, 2021 slip and fall which allegedly occurred on Clarios' property, located at 8710 Indianapolis Rd. Fort Wayne, IN, 46809. Plaintiff makes a claim against Clarios for Negligence. *See* **Exhibit A**, Complaint.

3. Clarios received notice of Plaintiff's action by receipt of a copy of the original Summons and Complaint via Certified Mail on July 28, 2022.

4844-2424-0298 v1

4. This Notice of Removal is filed timely. This Notice of Removal is filed within thirty (30) days after receipt by Clarios of the "initial pleading setting forth the claim for relief on which the aforesaid action or proceeding is based" pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. §§ 1332 and 1367, there is complete diversity between Plaintiff and Clarios, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. The State Court Action could have been originally filed in this Court, pursuant to 28 U.S.C. §§ 1332 and 1367, in that complete diversity of citizenship exists between Plaintiff and Clarios, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. This Court has subject matter jurisdiction over this civil action and removal is proper pursuant to 28 U.S.C. §§ 1332 and 1441.

7. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Northern District of Indiana, Fort Wayne Division, is the district and division within which the State Court Action is pending.

**DIVERSITY OF CITIZENSHIP**

8. Complete diversity of citizenship exists between Plaintiff and Clarios.

9. Plaintiff is a resident and citizen of Allen County, Indiana. *See* **Exhibit A**, Complaint at ¶ 2.

10. Clarios is a limited liability company, citizenship of which is determined by the citizenship of its members. *Camico Mut. Ins. Co. v. Citizens Bank*, 474 F.3d 989, 992 (7th Cir. 2007). Clarios' sole member is Clarios USA LLC, a Delaware limited liability company with its principal place of business located in Milwaukee, Wisconsin.

11. Clarios USA LLC's sole member is Clarios Global LP, an Ontario, Canada limited partnership with its principal place of business in Milwaukee, WI. Like an LLC, a limited partnership is deemed "to be a citizen of every state in which any of its partners, general or limited, is a citizen . . ." *Qin v. Deslongchamps*, 31 F.4th 576, 579 (7th Cir. 2022).

12. Clarios Global LP's two partners are: Clarios Global GP LLC and Clarios International LP. Clarios Global GP LLC's sole member is Clarios International LP.

13. Clarios International LP's partners are: Clarios US Aggregated Investments LP, Clarios International GP LLC, and Clarios International Aggregated Investments LP.

14. Clarios International GP LLC's sole member is Clarios Domestic Holdings LLC. Clarios Domestic Holdings LLC's sole member is Clarios Holdings Inc.

15. Clarios International Aggregated Investments LP's partners are: Clarios International Investments GP LLC and Clarios Holdings Inc. Clarios International Investments GP LLC's sole member is Clarios Holdings Inc.

16. Clarios US Aggregated Investments LP's partners are: Clarios Domestic Holdings LLC (sole member is Clarios Holdings Inc.); Clarios US Investment Holdings LP; Clarios US Investments GP LLC (sole member is Clarios Holdings Inc.); and Clarios Holdings Inc.

17. Clarios US Investment Holdings LP's partners are: Clarios Domestic Holdings LLC (sole member is Clarios Holdings Inc.); and Clarios US Investments GP LLC (sole member is Clarios Holdings Inc.).

16. Clarios Holdings Inc. is a Delaware corporation with its principal place of business located in Milwaukee, Wisconsin.

17. Under 28 U.S.C. § 1332(c)(1), Clarios Holdings Inc. is a citizen of Delaware and Wisconsin. Clarios is therefore a citizen of Delaware and Wisconsin. Clarios is not, and was not

4844-2424-0298 v1

at the time of filing, a citizen of the State of Indiana within the meaning of the Acts of Congress relating to the removal of actions. 28 U.S.C. § 1332(c)(1).

18. As Plaintiff is a citizen of the State of Indiana, and Clarios is a citizen of Delaware and Wisconsin, complete diversity has been established.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

19. The amount in controversy in this case exceeds $75,000.00, excluding interest and costs.

20. Plaintiff seeks actual damages for medical payments, lost wages, and pain and suffering valued at, or exceeding, $130,000.00.

21. Thus, Plaintiff's claim for damages exceeds the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

22. All served parties are being provided with a written notice of the filing of this Notice of Removal and a copy of this Notice of Removal is being filed with the State Court Clerk, as provided by law.

23. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

24. The allegations of this Notice are true and correct and within the jurisdiction of this Court, and this cause is removable to this Court.

25. If any question arises as to the propriety of the removal of this action, Clarios respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, Defendant Clarios desires to remove this case to the United States District Court for the Northern District of Indiana, Fort Wayne Division, being the district and

division of said Court for the County in which said action is pending, and prays that the filing of this Notice of Removal shall effect the removal of said suit to this Court.

DATED this 26th day of August 2022.

Respectfully submitted,

THK LAW, LLP

By: /s/ *Michael J. Hays*
Michael J. Hays (23606-71)
212 East LaSalle Avenue
Suite 100
South Bend, IN  46617
Telephone:  574-232-3538
Facsimile:  574-232-3790
mhays@thklaw.com

***Attorney for Defendant
Clarios, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of August 2022, the foregoing was presented to the Clerk of Court for filing, uploading, and delivery to counsel of record via the CM/ECF system, as follows:

Nathaniel O. Hubley
John C. Theisen
THEISEN & ASSOCIATES, LLC
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone:  260-422-4255
Facsimile:  260-422-4245
nhubley@theisen-associates.com

*Attorneys for Plaintiff*
*Tim Henkels*

/s/ *Michael J. Hays*
Michael J. Hays

4844-2424-0298 v1