| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) ss: | |
| COUNTY OF ALLEN | ) | CAUSE NO: _____ |
| | | |
| TIM HENKELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLARIOS, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Tim Henkels ("Henkels"), by counsel, for his cause of action against the Defendant, Clarios, LLC ("Clarios"), states and alleges:

### I. INTRODUCTION

1. On February 17, 2021, Henkels, a truck driver, was in the drop lot picking up a loaded trailer. As he was walking around the trailer doing a pre-trip inspection he slipped on ice. As a result of that slip, he suffered a broken tibia/fibia in his left ankle which required surgery. As a result of that surgery Henkels also experienced a blood clot in the left calf. As a result, for months Henkels required a daily blood thinner medication. As a direct result of the icy lot, Henkels incurred damages. Henkels seeks all damages recoverable under the law including, but not limited to, his medical expenses, wage loss, compensatory damages to compensate him for the permanent injuries he suffered, damages for emotional distress and pain and suffering, and costs of this action.

### II. PARTIES

2. Henkels is an individual citizen and resident of Allen County, Indiana.

3. Clarios is a for-profit corporation organized and existing under and by virtue of the laws of the State of Indiana with its principal place of business at 8710 Indianapolis Rd Fort Wayne, IN, 46809

### III. STATEMENT OF FACTS

4. On February 17, 2021, Henkels was working for XPO Logistics Freight, Inc. as a truck driver.

5. That day when Henkels was picking up a load at Clarios he did a pre-trip inspection on his truck.

6. While walking around the trailer Henkels slipped on ice.

7. As a result of the slip on the ice Henkels suffered a broken tibia/fibia in his left ankle which required surgery.

8. As a result of that surgery Henkels developed a blood clot which requires him to be on a daily blood thinner medication.

9 Henkels has incurred wage loss and medical expenses as a result of the injury.

### IV. STATEMENT OF CLAIM

### COUNT I – NEGLIGENCE

10. Henkels incorporates by reference paragraphs 1 through 9 of this Complaint as if the same were fully set forth herein.

10. Clarios owed a duty of reasonable care to Henkels and others who came in and out of the drop lot.

11. Clarios breached this duty of care owed to Henkels by failing to keep its drop lot in a safe condition free of ice and/or by failing to warn Henkels of the danger.

12. Clarios is legally responsible for Henkels damages.

## V. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Tim Henkels, by counsel, prays for judgment in his favor and for the following relief:

a) an award of damages sufficient to compensate him for his medical expenses;

b) an award of damages sufficient to compensate him for his lost wages;

c) an award of damages sufficient to compensate him for the diminution of his earning capacity and lost future income;

d) an award of damages sufficient to compensate him for his injuries and his pain and suffering resulting from these injuries;

e) costs of this action; and,

f) further relief appropriate under the circumstances.

Respectfully submitted,

**THEISEN & ASSOCIATES, LLC**

s/ Nathaniel O. Hubley
John C. Theisen, #549-02
Nathaniel O. Hubley, #28609-64
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: (260) 422-4255
Facsimile: (260) 422-4245
*Attorneys for Plaintiff*